1  NICHOLAS A. TRUTANICH
United States Attorney
2  Nevada Bar Number 13644
JARED L. GRIMMER
3  Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
Tel: 702-388-6336
5  jared.l.grimmer@usdoj.gov

6  *Attorneys for Plaintiff*
*The United States of America*

7

**UNITED STATES DISTRICT COURT**
8  **DISTRICT OF NEVADA**

9  UNITED STATES OF AMERICA,                Case No. 2:21-cr-00011-GMN-DJA

10                     Plaintiff,           **Motion to Unseal Case**

11          v.

12  MARIO CORTES-ALVAREZ,
        aka "Mario Cortes,"
13      aka "Mario Cortez Alvarez,"

14                     Defendant.

15

16        The United States of America, by and through its attorneys, Nicholas Trutanich,

17  United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves

18  for entry of the proposed Order unsealing the above-captioned case.

19        In support of its motion, the Government states:

20     1.  On or about November 5, 2020, a Complaint was filed with the Court, charging Mr.

21  Cortes-Alvarez with violation of 8 U.S.C. § 1326(a) and (b), Deported Alien Found in the

22  United States. *See* ECF No. 1, 2:20-mj-00968-EJY.

23

24

2.   Mr. Cortes-Alvarez made an initial appearance before the Court on or about November 9, 2020, and was ordered detained pending trial. *Id*. at ECF Nos. 8, 17. Mr. Cortes Alvarez remains detained by the U.S. Marshals Service.

3.   Mr. Cortes-Alvarez has signed a plea agreement with the United States, and this Court has set a change of plea hearing for January 27, 2021. This case was not sealed when it was before the Magistrate Court, but when set before this Court, it was designated as sealed.

4.   Therefore, the United States moves this Court to unseal the above-captioned case, in that keeping it sealed is not necessary.

**DATED** this 15th day of January, 2021.

NICHOLAS A. TRUTANICH
United States Attorney


_____/s/ *Jared L. Grimmer*_____
JARED L. GRIMMER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00011-GMN-DJA |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| MARIO CORTES-ALVAREZ,<br>  aka "Mario Cortes,"<br>  aka "Mario Cortez Alvarez," | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Mario Cortes-Alvarez,* is unsealed.

**DATED** this __15__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
United States District Court

3